**IN THE UNITED STATES BANKRUPTCY COURT**
**Western District of Kentucky**

| | | |
|---|---|---|
| **In the Matter of**: | } | |
| | } | Case No. 16-31930 |
| Joseph Graham | } | Chapter 13 |
| | } | |
| **Debtor** | } | |

**<u>OBJECTION TO PROOF OF CLAIM</u>**
**<u>OF HUNTINGTON NATIONAL BANK</u>**

Comes the Debtor, Joseph Graham, by Counsel, and files this Objection to the secured Proof of Claim filed by Freedom Road Financial, Claim Number 6, as to the amount of $14,029.37. As grounds for this Objection, the Debtor states that he has surrendered his interest in the property securing the debt. The Debtor's Plan and the Order of Confirmation entered by this Court on July 26, 2016, provides that Debtor was to surrender the property satisfaction of the lien encumbering it.

The Debtor's Plan provides that the automatic stay was terminated upon confirmation. According to Local Bankruptcy Rule 3001-1(c)(2)(a), deficiency claims arising from the disposition of secured collateral shall be filed no later than one hundred and twenty (120) days following the order of the Court granting relief from the automatic stay. Given that the property was surrendered to satisfy the debt, no relief from the automatic stay has been sought, and no claim for the deficiency balance has been filed, the claim of Huntington National Bank should be disallowed in its entirety.

WHEREFORE, the Debtor requests that the Court sustain Debtor's objection and disallow the claim of Freedom Road Financial.

Respectfully Submitted,

/s/ Julie Ann O'Bryan
Julie Ann O'Bryan
Counsel for Debtor
O'Bryan Law Offices, PSC
1717 Alliant Ave. Ste. 17
Louisville, KY 40299
Phone: (502) 339-0222
Fax: (502) 339-0046
rebecca@obryanlawoffices.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2017, a copy of the foregoing Objection was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system.

William W. Lawrence, Trustee
ecf@louchapter13.com

U.S. Trustee
ustpregion08.lo.ecf@usdoj.gov

All scheduled creditors and parties in interest

I further certify that on March 26, 2017, a copy of the foregoing Objection was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Freedom Road Financial, c/o Capital Recovery Group, BIN 920016, PO Box 29426, Phoenix, AZ, 85038

/s/ Julie Ann O'Bryan
Counsel for Debtor