**IN THE UNITED STATES BANKRUPTCY COURT**
**Western District of Kentucky**

| | | |
|---|---|---|
| **In the Matter of**: | } | |
| | } | Case No. 16-31930 |
| Joseph Graham | } | Chapter 13 |
| | } | |
| **Debtor** | } | |

**ORDER**

Upon Debtor's Objection to Claim Number 6 filed by Freedom Road Financial, and the Court being sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that Debtor's Objection to Freedom Road Financial's Proof of Claim is hereby **SUSTAINED** and the claim of Freedom Road Financial is disallowed.

A copy of this Order will be mailed to the Debtor, Counsel for Debtor, the Trustee, and to all scheduled creditors and parties in interest.

Submitted by:

Julie Ann O'Bryan
Counsel for Debtor
O'Bryan Law Offices, PSC
1717 Alliant Ave. Ste. 17
Louisville, KY 40299
Phone: (502) 339-0222
Fax: (502) 339-0046
rebecca@obryanlawoffices.com